DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SERGIO BAUTISTA-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR. S-08-0309-FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE AND |
| v. ) | ADMIT/DENY HEARING |
| ) | |
| SERGIO BAUTISTA-GARCIA ) | |
| ) | Date:  November 15, 2010 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| _____ ) | |

     IT IS HEREBY STIPULATED between the parties, MICHELE BECKWITH, Assistant United States Attorney, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant SERGIO BAUTISTA-GARCIA, that the status conference hearing of November 1, 2010 be vacated, and the matter be set for status conference hearing on November 15, 2010 at 10:00 a.m.

     The reason for the continuance is to allow the parties additional time to negotiate a resolution and to allow defense counsel additional time to investigate the defendant's Sacramento county records. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1    IT IS STIPULATED that the period from the signing of this Order, up
2 to and including November 15, 2010 be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant to
4 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation
5 of counsel.
6 Dated: October 21, 2010

7                                       Respectfully submitted,

8                                       DANIEL BRODERICK
                                        Federal Defender
9

10                                      */s/ Douglas Beevers*
                                        _____
11                                      DOUGLAS BEEVERS
                                        Assistant Federal Defender
12                                      Attorney for Defendant
                                        SERGIO BAUTISTA-GARCIA
13

14 Dated:  October 21, 2010

15                                      BENJAMIN B. WAGNER
                                        United States Attorney
16

17                                      */s/ Michele Beckwith*
                                        _____
18                                      MICHELE BECKWITH
                                        Assistant U.S. Attorney
19

20

21                              **ORDER**

22    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23 ordered that the status conference hearing presently set for November 1,
24 2010, be continued to November 15, 2010 at 10:00 a.m. Based on the
25 representation of defense counsel and good cause appearing therefrom, the
26 Court hereby finds that the failure to grant a continuance in this case
27 would deny defendant reasonable time necessary for effective preparation,
28 taking into account the exercise of due diligence. The Court finds that

1 the ends of justice to be served by granting a continuance outweigh the
2 best interests of the public and the defendant in a speedy trial. It is
3 ordered that time from the date of this Order, up to and including,
4 November 15, 2010 be excluded from computation of time within which the
5 trial of this matter must be commenced under the Speedy Trial Act
6 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow
7 defense counsel time to prepare.

8 Dated:   October 22, 2010

```
                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE
```